**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **HOWARD J. LITTLE, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | No.   **2:13-CV-365-GZS** |
| | ) | |
| **CAROLYN W. COLVIN, Acting** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 23) filed April  2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's decision is **AFFIRMED**.


 _/s/ George Z. Singal_____ __
United States District Judge

Dated this 6th day of November, 2014.